UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHARYN KALMBACH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA, a New York Corporation, and INFOCISION, INC. d/b/a InfoCision Management Corporation, a Delaware Corporation,<br><br>Defendants. | Case No.<br><br>(King County Superior Court Case No. 17-2-03381-2)<br><br>**DECLARATION OF MICHAEL WHITE IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL** |

1. My name is Michael White. I am currently the Chief Technology Officer for InfoCision, Inc. ("InfoCision"), a position I have held since 1989.

2. As the CTO, I am responsible for and oversee InfoCision's Information Technology, including its database that keeps records related to InfoCision's fundraising campaigns and its volunteer-recruitment campaigns.

3. I have personal knowledge of the facts in this Declaration, and am competent to testify thereto.

4. InfoCision staff under my supervision queried InfoCision's database to determine the number of calls that the company placed to Washington area codes on the NRA's behalf.

DECLARATION
CASE NO.

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

5. The information retrieved from the database reflects that between February 9, 2013 and February 9, 2017, InfoCision placed more than 10,000 calls to phone numbers with the following Washington State area codes: 206, 253, 360, 425, 509, and 564.

I, Michael White, hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: March 16, 2017

/s/ _____
MICHAEL WHITE

DECLARATION - 2
CASE NO.

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2017, I electronically filed the foregoing DECLARATION OF MICHAEL WHITE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Kim D. Stephens<br>Chase Christian Alvord<br>Tousley Brain Stephens PLLC<br>1700 7th Avenue, Suite 2200<br>Seattle, WA 98101-4416<br>Tel: (206) 667-0249<br>Fax: (206) 682-2992<br>kstephens@tousley.com<br>calvord@tousley.com | Steven L. Woodrow<br>Patrick H. Peluso<br>Woodrow & Peluso, LLC<br>3900 E. Mexico Avenue, Suite 300<br>Denver, CO 80210<br>Tel: (720) 213-0675<br>Fax: (303) 927-0809<br>swoodrow@woodrowpeluso.com<br>ppeluso@woodrowpeluso.com |

Stefan Coleman
Adam T. Savett
Law Offices of Stefan Coleman, P.S.
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Tel: (877) 333-9427
Fax: (888) 498-8946
law@stefancoleman.com
adam@stefancoleman.com

*Attorneys for Plaintiff Katharyn Kalmbach*

                                        *s/Serita Smith*
                                        Serita Smith
                                        Assistant to Curt Roy Hineline and
                                        James Morrison

DECLARATION - 3