THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| KATHARYN KALMBACH, individually and on behalf of all others similarly situated, | Case No. 2:17-cv-00399-RSM |
| *Plaintiff*, | **NOTICE OF SETTLEMENT** |
| *v.* | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, a New York corporation, and INFOCISION, INC., a Delaware corporation, | |
| *Defendants*. | |

Plaintiff Katharyn Kalmbach ("Plaintiff" or "Kalmbach") hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiff and Defendants National Rifle Association of America ("NRA") and InfoCision, Inc. ("Infocision") have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff, which will be dismissed with prejudice.

2. The Parties are presently working to finalize a settlement agreement and believe a Stipulation of Dismissal will be filed within thirty (30) days.

Notice of Settlement

- 1 -

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720-213-0675

Dated: June 14, 2018

**KATHARYN KALMBACH**, individually, and on behalf of all others similarly situated,

By: /s/ Patrick H. Peluso
By: /s/ Steve L. Woodrow
Steven L. Woodrow
(swoodrow@woodrowpeluso.com)*
Patrick H. Peluso
(ppeluso@woodrowpeluso.com)*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

By: /s/ Stefan Coleman
Stefan Coleman
(Law@stefancoleman.com)*
Law Offices of Stefan Coleman, P.A.
201 S Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

By:   /s/ Kim Stephens
By: /s/ Chase C. Alvord
Kim D. Stephens, WSBA #11984
Email: kstephens@tousley.com
Chase C. Alvord, WSBA #26080
Email: calvord@tousley.com
Tel:  (206) 682-5600
Fax:  (206) 682-2992
*Local Counsel for Plaintiff*

*Counsel for Plaintiff and the Putative Classes*

*pro hac vice*

Notice of Settlement

- 2 -

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720-213-0675

1
2
3

**Certificate of Service**

4      I hereby certify that, on the date indicated below, the foregoing document was served via
5  the Court's CM/ECF System on counsel for all parties who have appeared in this matter.

6
                                    /s/ Patrick H. Peluso
7                                   Patrick H. Peluso
                                    Dated:  June 14, 2018
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  6291/001/515578.1

26  Notice of Settlement                    - 3 -

27

28

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720-213-0675