THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KATHARYN KALMBACH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA, a New York corporation, and INFOCISION, INC., a Delaware corporation,<br><br>*Defendants*. | Case No. 2:17-cv-00399-RSM<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Katharyn Kalmbach ("Plaintiff" or "Kalmbach") and Defendants National Rifle Association of America and InfoCision, Inc. (collectively "Defendants"), through their counsel, stipulate as follows:

1. Plaintiff filed this putative class action against Defendants.

2. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. Likewise, the case does not involve any Receiver so as to implicate Rule 66.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants agree

that the action shall be dismissed in its entirety and with prejudice with respect to the individual claims alleged by Plaintiff against Defendants.

Plaintiff and Defendants further agree that each party is to bear her or its own attorney's fees and costs.

Dated: July 13, 2018

| s/ Patrick H. Peluso | s/ Michael D. Meuti |
|---|---|
| Kim D. Stephens, WSBA #11984 | **Michael D. Meuti\*** |
| Email: kstephens@tousley.com | BAKER HOSTETLER LLP |
| Chase C. Alvord, WSBA #26080 | 127 PUBLIC SQUARE |
| Email: calvord@tousley.com | SUITE 2000 |
| Tel:   (206) 682-5600 | CLEVELAND, OH 44114-1214 |
| Fax:  (206) 682-2992 | 216-861-7709 |
| | Email: mmeuti@bakerlaw.com |
| Steven L. Woodrow | **Terry M. Brennan\*** |
| (swoodrow@woodrowpeluso.com)\* | BAKER HOSTETLER LLP |
| Patrick H. Peluso | 127 PUBLIC SQUARE |
| (ppeluso@woodrowpeluso.com)\* | SUITE 2000 |
| Woodrow & Peluso, LLC | CLEVELAND, OH 44114-1214 |
| 3900 East Mexico Ave., Suite 300 | 216-861-7485 |
| Denver, Colorado 80210 | Email: tbrennan@bakerlaw.com |
| Telephone: (720) 213-0675 | **Curt Roy Hineline** |
| Facsimile: (303) 927-0809 | BAKER HOSTETLER LLP |
| | 999 THIRD AVENUE |
| Stefan Coleman | SUITE 3600 |
| (Law@stefancoleman.com)\* | SEATTLE, WA 98104 |
| Law Offices of Stefan Coleman, P.A. | 206-332-1380 |
| 201 S Biscayne Blvd., 28th Floor | Fax: 206-624-7317 |
| Miami, FL 33131 | Email: chineline@bakerlaw.com |
| Telephone: (877) 333-9427 | |
| Facsimile: (888) 498-8946 | *Attorneys for Defendants* |
| | \*pro hac vice |
| *Attorneys for Plaintiff* | |
| \*pro hac vice | |

**Certificate of Service**

     I hereby certify that, on the date indicated below, the foregoing document was served via the Court's CM/ECF System on counsel for all parties who have appeared in this matter.

           /s/ Patrick H. Peluso
           Patrick H. Peluso
           Dated: July 13, 2018